IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WESLEY DEAN HESTER,

      Plaintiff,

v.                                 Case No. 2:23-cv-00516 DHU-LF

LEA COUNTY CORRECTIONAL FACILITY
(GEO GROUP) STAFF; NEW MEXICO
CORRECTIONS DEPARTMENT; WEXFORD
HEALTH SERVICES AND STAFF THEREOF,

      Defendants.

### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court following the expiration of the thirty-day Federal Rule of Civil Procedure 56(f) periods pertaining to summary judgment in favor of the GEO Defendants[1] and Wexford Defendants.[2] *See* Docs. 137, 138. Plaintiff Wesley Hester filed a letter with the Court (Doc. 139), but this letter did not contain any additional evidence as required to establish a genuine dispute of material fact regarding any Rule 56(f) issues. Accordingly, I recommend that the Court grant summary judgment in favor of the GEO Defendants and the Wexford Defendants on all remaining claims.

The New Mexico Corrections Department ("NMCD") joined in the GEO Defendants' motion for summary judgment. Doc. 59. Because all claims against NMCD require underlying acts of wrongdoing by other defendants, and because I recommend granting summary judgment

---

[1] These defendants are The GEO Group, Inc.; Officer Keagen Pollard; Mental Health Director Stacey Massengill-Munroe; Captain Rick Condarco; Case Manager Rachel Gomez; Dwayne Santistevan; Moriama Valeriano; and defendants Alderete and Smith, whose first names were not listed in the complaint.

[2] These defendants are Wexford Health Services and Nurse Aiste Chamblin.

in favor of all other defendants on all claims, I also recommend summary judgment in favor of NMCD on all claims against it.

**THE PARTIES ARE NOTIFIED THAT WITHIN 14 DAYS OF SERVICE** of a copy of these Proposed Findings and Recommended Disposition they may file written objections with the Clerk of the District Court pursuant to 28 U.S.C. § 636(b)(1).  Written objections must be both timely and specific.  *United States v. One Parcel of Real Prop., With Buildings, Appurtenances, Improvements, & Contents, Known as: 2121 E. 30th St., Tulsa, Oklahoma*, 73 F.3d 1057, 1060 (10th Cir. 1996).  A party must file any objections with the Clerk of the District Court within the fourteen-day period if that party wants to have appellate review of the proposed findings and recommended disposition.  Failure to file timely and specific objections will result in waiver of *de novo* review by a district or appellate court.  *Id*.  In other words, if no objections are filed, no appellate review will be allowed.

_____
LAURA FASHING
UNITED STATES MAGISTRATE JUDGE