## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

WESLEY DEAN HESTER,

      Plaintiff,

v.                                                                            Case No. 2:23-cv-00516 DHU-LF

LEA COUNTY CORRECTIONAL FACILITY
(GEO GROUP) STAFF; NEW MEXICO
CORRECTIONS DEPARTMENT; WEXFORD
HEALTH SERVICES AND STAFF THEREOF,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition

("PFRD") on October 27, 2025, regarding the lack of new information pursuant to Judge Urias's

Rule 56(f) notices (Docs. 137, 138).  Doc. 140.  The PFRD notified the parties of their ability to

file objections within fourteen (14) days and that failure to do so waived appellate review.  *Id*. at

2.  To date, the parties have not filed any objections.[1]

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 140) are ADOPTED;

---

[1] Mr. Hester filed a document labeled as "Objection to Proposed Findings and a Request for Extension," but the Court construes this as solely a motion for extension because it argues that Mr. Hester is unable to object due to a lack of materials—that is, it does not contain substantive objections. The Magistrate Judge recently denied this request. Doc. 160.

2.      The Court grants summary judgment in favor of the defendants on all remaining claims in this case.  A final judgment will follow separately.

**IT IS SO ORDERED.**

_____

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE