**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

WESLEY DEAN HESTER,

Plaintiff,

vs. No. 2:23-cv-00516-DHU-LF

LEA COUNTY CORRECTIONAL FACILITY (GEO GROUP) STAFF; NEW MEXICO CORRECTIONS DEPARTMENT; and WEXFORD HEALTH SERVICES and STAFF THEREOF,

Defendants.

**ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on August 31, 2026. Doc. 173. The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. *Id*. at 2. On September 16, 2026, Plaintiff filed objections to the Magistrate Judge's PFRD. Doc. 174.

Pursuant to FED. R. CIV. P. 72(b), the Court has conducted a de novo review of the record and all parts of the Magistrate Judge's PFRD that have been properly objected to. After conducting this de novo review and having thoroughly considered the Magistrate Judge's PFRD and the objections, the Court finds no reason either in law or fact to depart from the Magistrate Judge's recommended disposition.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. Plaintiff's objections (Doc. 174) are OVERRULED;
2. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 173) is ADOPTED;
3. The Plaintiff's Motion to Move Case to Another Court (Doc. 171) is DENIED; and

4. The Plaintiff's Motion for Court to Provide Initial Case Filings (Doc. 172) is DENIED.

THE HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE